FILED

03/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0179



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0179

JAMES J. MORRISON, JR.

    Petitioner,

v.

MARK JOHNSON, WARDEN,
Butte Silver Bow Detention Facility,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED March 25, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court